UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| LOUIS M. MATHERNE | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | No. 21-819 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | * | SECTION J(2) |
| | * | |
| Related to: 12-968 BELO in MDL 10-2179 | * | |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 5), and the failure of any party to timely file an objection to the Report and Recommendation, hereby **ACCEPTS** the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the BP Parties' Motion to Dismiss (Rec. Doc. 4) is **GRANTED**, and Plaintiff Louis M. Matherne's complaint is **DISMISSED WITHOUT PREJUDICE** to refiling once all BELO suit pre-conditions are met.

New Orleans, Louisiana, this 2nd day of July, 2021.

_____
United States District Judge